IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JONATHON A. MOSELEY,<br><br>   Plaintiff,<br><br>v.<br><br>JUDGE MICHAEL GARDNER, et al.,<br><br>   Defendants. | Case No. 1:20-cv-01248-AJT-JFA |

### JUDGE GARDINER'S MOTION TO DISMISS
### UNDER RULES 12(b)(2), 12(b)(4), AND 12(b)(5)

The Honorable Richard E. Gardiner, Presiding Judge of the Circuit Court of Fairfax County, Virginia[1] ("Judge Gardiner"), by counsel, pursuant to Rules 12(b)(2), 12(b)(4), and 12(b)(5) of the Federal Rules of Civil Procedure, moves to dismiss the Sworn and Verified Complaint Against Conspiracy to Violate Civil Rights and Companion Request to Certify a Class Action filed by Plaintiff Jonathon A. Moseley. On the grounds set forth in the accompanying Memorandum in Support, the Court lacks personal jurisdiction over Judge Gardiner in this action due to insufficient process and insufficient service of process.

### *ROSEBORO* NOTICE

Consistent with the requirements of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the following notice advises the pro se plaintiff that:

  1)  He is entitled to file a response opposing the motion, and any such response must be filed within twenty-one (21) days of the date on which this motion was filed; and

---

[1]   Improperly named in the Complaint as "Judge Michael Gardner." *See* Complaint, ECF No. 1. Moseley has not filed any Amended Complaint properly naming Judge Gardiner.

2)   The Court could dismiss this action on the basis of Judge Gardiner's moving papers if he does not file a response; and

3)   He must identify all facts stated by Judge Gardiner with which he disagrees and must set forth his version of the facts by offering affidavits (written statements signed before a notary public under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

4)   He also is entitled to file a legal brief in opposition to the one filed by Judge Gardiner.

          Respectfully submitted,

          JUDGE RICHARD E. GARDINER

          By:   /s/ Sheri H. Kelly
                  Counsel

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

Marshall H. Ross
Senior Assistant Attorney General/Trial Section Chief

*Calvin C. Brown, VSB No. 93192
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Phone: 804-786-4933
Fax:   804-371-2087
cbrown@oag.state.va.us

\*Sheri H. Kelly, VSB No. 82219
Assistant Attorney General
Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 24211
Phone: 276-628-2964
Fax:     276-628-4375
skelly@oag.state.va.us
*Counsel for Judge Richard E. Gardiner*

## CERTIFICATE

I hereby certify that on the 8th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for the parties.

By:  \_\_\_\_/s/ Sheri H. Kelly_____
        Sheri H. Kelly