**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| JONATHON A. MOSELEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-1248 (AJT/JFA) |
| JUDGE RICHARD E GARDINER, et al., | ) |
| Defendants. | ) |

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on May 21, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants and against the Plaintiff Jonathon A. Moseley.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
S. Heading
Deputy Clerk

Dated: 5/21/2021
Alexandria, Virginia