IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JONATHON A. MOSELEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-1248 (AJT/JFA) |
| ) | |
| JUDGE RICHARD E. GARDINER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is hereby

ORDERED that Robert L. Vaughn, Jr., proceeding *pro se*, be, and the same hereby is, GRANTED PERMISSION to e-file.

The Clerk is directed to forward copies of this Order to all counsel of record and to the *pro se* Plaintiff at the address in the record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 5, 2021