# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| JONATHAN A. MOSELEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-1248 |
| JUDGE RICHARD E GARDINER, *et al*, | ) ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 11/18/2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered against Plaintiff Jonathan A. Moseley and in favor of the Defendants Robert Vaughn and Solution Painting, Inc., in the amount of $10,477.50.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Dani Zirk
Deputy Clerk

Dated: 11/18/2021
Alexandria, Virginia