IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JONATHAN A. MOSELEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-1248 |
| JUDGE RICHARD E GARDINER, *et al*, | ) ) ) ) |
| Defendant. | ) |

**<u>AMENDED JUDGMENT</u>**

Pursuant to the order of this Court entered on 11/18/2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered against Plaintiff Jonathan A. Moseley and in favor of the Defendants Robert Vaughn and Solution Painting, Inc., in the amount of $10,477.50, which judgment shall increase at the rate of $50 per day until paid in full, together with the costs of collection up to 15% of the judgment, as it has accrued prior to its satisfaction.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
      Dani Zirk
      Deputy Clerk

Dated: 11/19/2021
Alexandria, Virginia