IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JONATHON A MOSELEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-01248 (AJT/JFA) |
| ) | |
| JUDGE RICHARD E GARDINER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER**

Plaintiff Jonathon A. Moseley ("Plaintiff") has filed a Notice of Filing of Supersedeas Bond and Request for Required Instructions to the Clerk by the District Court Judge (the "Motion"), [Doc. No. 91], in which he requests approval of a supersedeas bond in the amount of $5,000.

Upon consideration of the Motion, the amount of the Amended Judgment entered against Plaintiff on November 19, 2021, [Doc. No. 90],[1] and the amount that Amended Judgment will continue to increase, as set forth therein, during the pendency of any appeal, it is hereby

**ORDERED** that a supersedeas bond is set in the amount of $15,000, upon the posting of which, together with the payment of $7,000, as represented in the Motion, [Doc. No. 91] at 2, execution upon the Amended Judgment entered on November 19, 2021, [Doc. No. 90], shall be **STAYED** (but not the daily $50 increase in the amount of that Amended Judgment), pending the outcome of Plaintiff's appeal to the United States Court of Appeals for the Fourth Circuit.

The Clerk shall forward a copy of this Order to Plaintiff and all counsel of record.

---

[1] The Amended Judgment was entered as part of the Court's Contempt Order against him. *See* [Doc. No. 88].

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 2, 2021