IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JONATHON A MOSELEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-01248 (AJT/JFA) |
| JUDGE RICHARD E GARDINER, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Before the Court is Plaintiff Jonathon A. Moseley's ("Plaintiff") Notice of Hearing Date. [Doc. No. 92]. Based on the Court's Order, [Doc. No. 93], on the underlying Notice of Filing of Supersedeas Bond and Request for Required Instructions to the Clerk by the District Court Judge, [Doc. No. 91], it is hereby

**ORDERED** that the Hearing noticed for Monday, December 6, 2021 at 9:00 a.m. [Doc. No. 92] is **CANCELLED**.

The Clerk shall forward a copy of this Order to Plaintiff and all counsel of record.

Alexandria, Virginia
December 3, 2021

/s/
Anthony J. Trenga
United States District Judge