IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JONATHON A. MOSELEY<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JUDGE RICHARD E. GARDINER<br><br>　　　and<br><br>ROBERT VAUGHN,<br><br>　　　and<br><br>SOLUTION PAINTING INC.<br><br>　　　　　　Defendants. | Civil Action No.  1:20-cv-01248 |

**PLAINTIFF'S NOTICE OF PAYMENT UNDER SUPERSEDEAS BOND**

COMES NOW THE PLAINTIFF, Jonathon A. Moseley, *pro se*, and hereby respectfully the attached documentation as previously stipulated and directed under the stay and supersedeas bond entered in this case.

December 4, 2021　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　　　Plaintiff,  *Pro Se*

　　　　　　　　　　　　　　　　　　Virginia State Bar No. 41058
　　　　　　　　　　　　　　　　　　5765-F Burke Centre Parkway, PMB #337
　　　　　　　　　　　　　　　　　　Burke, Virginia 22015
　　　　　　　　　　　　　　　　　　Telephone:  (703) 656-1230
　　　　　　　　　　　　　　　　　　Facsimile:  (703) 997-0937

1

Contact@JonMoseley.com  
Moseley391@gmail.com

## CERTIFICATE OF SERVICE BY MAILING

I hereby certify that on this December 4, 2021, a copy of the foregoing pleading has been distributed by the ECF filing system to:

>Mr. Robert Vaughn, Esq.
>VAUGHN LAW FIRM, PLC
>1433 New Monrovia Road
>Colonial Beach, Virginia 22443
>Telephone:  703-689-2100
>Email: rvaughn@oconnorandvaughn.com
>*Counsel for Solutions Painting and for Himself*
>
>Mr. Mark R. Herring, Esq.
>Attorney General of Virginia
>Mr. Samuel T. Towell, Esq.
>Deputy Attorney General
>Mr. Marshall H. Ross, Esq.
>Senior Assistant Attorney General/Trial Section Chief
>Mr. Calvin C. Brown, Esq.
> Assistant Attorney General
>Office of the Attorney General
>202 North 9th Street
>Richmond, Virginia 23219
>Telephone: 804-786-4933
>Facsimile: 804-371-2087
>cbrown@oag.state.va.us
>
>Ms. Sheri H. Kelly, Esq.
>Assistant Attorney General
>Office of the Attorney General
>204 Abingdon Place
>Abingdon, Virginia 24211
>Office:   (276) 628-2964
>Facsimile:  (276) 628-4375
>SKelly@oag.state.va.us
>Richmond, Virginia 23219
>*Counsel for Judge Richard Gardiner*

Jonathon A. Moseley, Esq.

Case 1:20-cv-01248-AJT-JFA   Document 96   Filed 12/04/21   Page 3 of 3 PageID# 707