

FedEx Office

```
Address:              6998 BLAND ST
                      SPRINGFIELD
                      VA 22150
Location:             NYGK
Device ID:            -BTC02
Transaction:          940319683550
```

FedEx Priority Overnight
287064016534     0.20 lb (S)         33.10
   Declared Value    100
Recipient Address:

Vaughin Law Firm PLC
1433 NEW MONROVIA RD
COLONIAL BEACH, VA 22443-6021
7036892100

Scheduled Delivery Date 12/6/2021

Pricing option:
   ONE RATE

Package Information:
   FedEx Envelope

         Shipment subtotal:    $33.10

               Total Due:      $33.10

         (S) CreditCard:       $33.10
         ************3455

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
   1.800.463.3339

Dec 04, 2021 3:11:19 PM

********** WE LISTEN **********