**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Vaughn Law Firm
Address: 1433 New Monrovia Rd Colonial Beach Virginia 22443

Serial Number: 27733647295
Year, Month, Day: 2021-12-04
Post Office: 221160
Amount: $1,000.00
Clerk: 6

---

**UNITED STATES POSTAL SERVICE®**

**POSTAL MONEY ORDER**

Serial Number: 27733647295

Year, Month, Day: 2021-12-04
Post Office: 221160
U.S. Dollars and Cents: $1000.00
One Thousand Dollars and 00/100 ****************

Pay to: Vaughn Law Firm
Address: 1433 New Monrovia Road, Colonial Beach VA 22443
Memo:

From: Jonathon Moseley
Address: 5765-F Burke Centre Parkway #337 Burke VA 22015

Clerk: 6

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑃000000800⑃  27733647295⑃