**UNITED STATES POSTAL SERVICE** ®

## CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to | Vaughn Law Firm | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|---|
| | Address | 1433 New Monrovia Road | |
| | | Colonial Beach Virginia 22443 | |

Serial Number
27755239522

Year, Month, Day 2021-12-04   Post Office 221500   Amount $1,000.00   Clerk 09

---

**UNITED STATES POSTAL SERVICE** ®

## POSTAL MONEY ORDER

Serial Number
27755239522

Year, Month, Day 2021-12-04   Office 221500   U.S. Dollars and Cents

**$1000.99**
One Thousand Dollars and 00/100 ******************

Amount

Clerk 09

Pay to Vaughn Law Firm

Address 1433 New Monrovia Road, Colonial Beach 22433

Memo

From Jonathan Moseley
Address 5765-F Burke Centre Parking
#337, Burke, Virginia 22015

UNITED STATES POSTAL SERVICE
U.S. MAIL

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈000000800 2⑈   27755239522⑈