FILED: December 9, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2026
(1:20-cv-01248-AJT-JFA)

_____

MR. JONATHON ALDEN MOSELEY

    Plaintiff - Appellant

v.

ROBERT L. VAUGHN; SOLUTION PAINTING, INC., Has been represented by attorney Robert Vaughn; JUDGE RICHARD E. GARDINER

    Defendants - Appellees

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk